

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Marvin H. Brown, Jr.
Criminal District Attorney
Fort Worth, Texas

Att'n: Hon. Harry N. Ward

Dear Sir:

> Opinion No. 0-1180
> Re: Is the constable entitled to his fee of
> $2.00 allowed by Article 1065, C. C. P.,
> for executing warrant of arrest, where
> the warrant shows on its face execution
> by him and his return, but where the ac-
> tual arrest is made by City Officers
> without a warrant and the prisoner turn-
> ed over to the constable before the war-
> rant is issued by the Justice Court, and
> executed by the constable?

Your request for opinion upon the above stated question has been received by this department.

Article 1011 of the Code of Criminal Procedure, provides that no item of costs shall be taxed for a pur-ported service which was not performed, or for a service for which no fee is expressly provided by law.

Conference opinion No. 3058 of this department holds that a constable is not entitled to a fee of Two ($2.00) Dollars for reading a warrant of arrest to a motorist, when the motorist is in the custody and under arrest by a Highway Patrolman and that a constable is not entitled to a fee for summoning witnesses unless he actually summoned such witnesses. We are enclosing, herewith, a copy of conference opinion No. 3058 of this department.

This department has repeatedly ruled that con-stables, and other peace officers, are only entitled to

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Marvin H. Brown, Jr. page 2

collect fees for services actually performed. See opin-
ions Nos: O-106 and O-768 of this department. Also, see
opinion written by Hon. Leon O. Moses, Assistant Attor-
ney General, dated March 5, 1935, addressed to Hon. Mil-
ton Greer Hill, County Attorney, Gilmer, Texas; also see
opinion of this department written by Hon. Joe Sharp,
Assistant Attorney General, dated June 14, 1937, address-
ed to Hon. L.O. Osborn, County Attorney, Canton, Texas.

You are, therefore, respectfully advised that
it is the opinion of this department that your question
should be answered in the negative.

Trusting that this answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WmJF:ob

ENCL.

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

APPROVED JUL 31, 1939

FIRST ASSISTANT
ATTORNEY GENERAL